1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10                        **WESTERN DIVISION**

11

12  LAWRENCE ERICKSON,            )      No. CV 07-4239 CW
                                  )
13               Plaintiff,       )      JUDGMENT
                                  )
14          v.                    )
                                  )
15  MICHAEL J. ASTRUE,            )
    Commissioner, Social Security )
16  Adminstration,                )
                                  )
17               Defendant.       )
    _____ )

18

19      **IT IS ADJUDGED** that this action is remanded to defendant for

20  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21  and consistent with the accompanying Decision and Order.

22

23  DATED:   April 7, 2008

24

25                               _____/s/_____
                                     CARLA M. WOEHRLE
26                               United States Magistrate Judge

27

28